UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                  Plaintiff,

                                                                   <u>DECISION AND ORDER</u>

                                                                   06-CR-6224L

                              v.

WILLIAM TORRES, JR.,

                                  Defendant.
_____

       Defendant pleaded guilty, pursuant to a plea agreement, on August 29, 2007. Sentencing was originally scheduled in December 2007 but, on January 4, 2008, with the agreement of the parties, the Court adjourned sentencing until April 24, 2008. That date was scheduled based on the belief that the defendant would be providing cooperation.

       It is now clear, especially based on the Government's statements in Court on January 31, 2008, that the Government does not intend to work further with Torres. For the reasons stated in open court on January 31, 2008, defendant was detained pursuant to 18 U.S.C. § 3143.

       I see no need to delay sentencing until April. I understand that the presentence report has been prepared, although there may need to be some modest revisions.

Therefore, I am rescheduling sentencing for March 4, 2008 at 9:30 a.m.. Any objections to the presentence report, sentencing memoranda or other motions relating to the case, must be filed by February 26, 2008.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       February 1, 2008.